# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>        Plaintiff(s),<br><br>v.<br><br>THE UNITED STATES FEDERAL GOVERNMENT,<br><br>        Defendant(s). | Case No. 2:22-cv-00330-RFB-NJK<br><br>**ORDER** |

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1.  Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*.  To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

Accordingly, **IT IS ORDERED:**

1.     Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2.	The Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3.	Plaintiff must comply with this order no later than April 7, 2022. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: March 10, 2022

_____
Nancy J. Koppe
United States Magistrate Judge